UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PETER DURHAM and NOMSA DURHAM,

       Plaintiffs,                                Case Number 15-11900

v.                                                    Honorable David M. Lawson

EQUITYEXPERTS.ORG, LLC,

       Defendant.

_____/

## ORDER OF DISMISSAL

On June 17, 2015, the parties filed with the Court a notice that they had reached a final settlement of all claims in this matter. The case therefore will be dismissed.

Accordingly, it is **ORDERED** that the case is **DISMISSED WITH PREJUDICE** and without costs to any party. Any party may apply to reopen the matter to enforce the settlement agreement **on or before July 22, 2015**.

                                                              s/David M. Lawson
                                                              DAVID M. LAWSON
                                                              United States District Judge

Dated:   June 22, 2015

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on June 22, 2015.

                                         s/Susan Pinkowski
                                         SUSAN PINKOWSKI